**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. _____

JOSE SANCHEZ,

      Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

_____/

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>NOTICE OF REMOVAL</u>**

COMES NOW Equifax Information Services LLC, ("Equifax"), and files this Notice of

Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court

as follows:

**A.      <u>PROCEDURAL BACKGROUND</u>**

1.      On June 29, 2026, Plaintiff Jose Sanchez ("Plaintiff") filed their Complaint

("Complaint") in the Circuit Court of the Eleventh Judicial Circuit Court in and for Miami-Dade

County, Florida, Case No. 2026-085004-SP-21 ("State Court Action"). Plaintiff's Complaint

alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*., against

Defendant.

2.      Equifax was served with Plaintiff's Summons and Complaint on July 7, 2026.  A

copy of the State Court Complaint is attached hereto as **Exhibit A**.  This Notice of Removal is

being filed with the thirty-day (30-day) time period required by 28 U.S.C. § 1446(b).

**B.** **GROUNDS FOR REMOVAL**

3. The present suit is an action over which the United States District Court for the Southern District of Florida, Miami Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

**C.** **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Southern District of Florida, Miami Division, because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit B**.

6. Promptly after the filing of this Notice of Removal, Equifax will file a copy of this Notice of Removal with the Circuit Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d), and will provided notice of the removal to Plaintiff.

WHEREFORE, Equifax respectfully requests that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated:  July 27, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:  ason.joffe@squirepb.com

*Counsel for Defendant Equifax*
*Information Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document has been filed via the CM/ECF filing system this July 27, 2026, which will serve an electronic Notice of Filing to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe